**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WAI HO ERIC TONG, § | § | |
| #A201496791, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:22-CV-01241-E-BH |
| v. | § | |
| | § | |
| UNITED STATES FEDERAL BUREAU § | § | |
| OF PRISONS and GILES W. DALBY | § | |
| CORRECTIONAL FACILITY, | § | |
| | § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 5).

**SO ORDERED.**

17th day of February, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE